FILED

JUL 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, <br><br>         Plaintiff - Appellee, <br><br> v. <br><br> GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; BENIGNO R. FITIAL, Governor of the Commonwealth of the Northern Mariana Islands, in his official capacity, <br><br>         Defendants - Appellants. | No. 10-17153 <br><br> D.C. No. 1:07-cv-00022 <br> District of the Northern Mariana Islands <br><br><br> ORDER |

Before: GOODWIN, TROTT, and MURGUIA, Circuit Judges.

Within twenty-one days of the date of this Order, the parties shall file with the Clerk of this Court simultaneous letter-briefs, not to exceed three pages, addressing the effect on this case of the opinion of the Supreme Court of the Commonwealth of the Northern Mariana Islands in <u>Peter-Palican v. CNMI</u>, 2012 MP 7 (N. Mar. I. June 29, 2012), which answered a certified question set forth in this court's March 12, 2012 order published at 673 F.3d 1013 (9th Cir. 2012). Parties who are registered for Appellate ECF must file the letter-brief

electronically. Parties who are not registered Appellate ECF filers must file the original letter-brief plus seven paper copies.

    IT IS SO ORDERED.